THOMAS P. KELLY, JR., ESQ., SBN 37545
LAW OFFICES OF THOMAS P. KELLY, JR., Inc.
50 Old Courthouse Square, Ste. 609
Post Office Box 4389
Santa Rosa, California, 95402
Telephone: (707) 542-3373
Facsimile: (707) 542-3371

Attorney for Appellants Abel, Crigler and Barnes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ABEL, CARL E. BARNES, HENRY CRIGLER, Appellants<br><br>v.<br><br>CHARLENE MARIE GOODRICH, Appellee | USDC Appeal: cv-14-00996 YGR<br><br>[~~PROPOSED~~] ORDER CONTINUING HEARING<br>*Honorable Yvonne Gonzalez Rogers* |

Based upon the parties representing that a Tentative Settlement has been reached between Appellants Richard Abel, Carl E. Barnes and Henry Crigler, by their attorney Thomas P. Kelly, Jr., Esq. and Appellee Charlene Marie Goodrich, by her attorney Michael C. Fallon, Esq.,

IT IS HEREBY ORDERED that the hearing on Appellant's appeal is continued to September 23, 2014.

Dated: September 9, 2014

Honorable Yvonne Gonzalez Rogers
United States District Court Judge

Approval as to Form:

Michael C. Fallon, Esq.