1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

**RICHARD ABEL, ET AL.**,

Case No. 14-cv-00996-YGR

Plaintiffs,

8
9

v.

**ORDER VACATING COMPLIANCE HEARING, SETTING HEARING ON BANKRUPTCY APPEAL**

**CHARLENE GOODRICH**,

10

Defendant.

11
12

The Court, having received and reviewed the parties' Joint Compliance Statement (Dkt.

13

No. 18), hereby **VACATES** the Compliance Hearing set for Friday, October 24, 2014 (Dkt. No. 15.)

14

A hearing on Plaintiff's Bankruptcy Appeal (Dkt. No. 1) shall be held on **Tuesday,**

15

**November 25, 2014** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301

16

Clay Street, Oakland, California, Courtroom 1.

17

This terminates Docket Nos. 17, 19.

18
19

**IT IS SO ORDERED.**

20

Dated:   October 21, 2014

21

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**

22
23
24
25
26
27
28

United States District Court
Northern District of California