Michael C. Fallon, SBN 088313
Attorney at Law
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
Facsimile:  (707) 546-5775

Attorney for Appellee

**GRANTED**
*Judge Yvonne Gonzalez Rogers*
10/27/14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ABEL, CARL E. BARNES, HENRY CRIGLER, | Case No. 14-cv-00996-YGR |
| Appellants, | STIPULATION TO CONTINUE ORAL ARGUMENT |
| v. | |
| CHARLENE MARIE GOODRICH, | |

Appellee, Charlene M. Goodrich, through her counsel, Michael C. Fallon, and Appellants, Abel, et al., through their attorney, Thomas P. Kelly, Jr., hereby stipulate and agree that oral argument now scheduled for 2:00 p.m. on November 25, 2014, may be continued to 2:00 p.m. on December 16, 2014.

Dated: October 21, 2014

/s/ *Michael C. Fallon*

Michael C. Fallon
Attorney for Appellee

Dated: October 21, 2014

/s/ *Thomas P. Kelly, Jr.*

Thomas P. Kelly, Jr.
Attorney for Appellants