Michael C. Fallon, SBN 088313
Attorney at Law
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
Facsimile: (707) 546-5775

Attorney for Appellee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ABEL, CARL E. BARNES, HENRY CRIGLER, | Case No. 14-cv-00996-YGR |
| Appellants, | ORDER DISMISSING APPEAL |
| v. | |
| CHARLENE MARIE GOODRICH, | |
| Appellee. | |

     The court having considered the stipulation of the parties to continue dismiss this appeal,

     IT IS HEREBY ORDERED that this appeal is dismissed, with each party to bear their own attorney's fees and costs.

Dated: November 24, 2014

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge